**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12681

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MAURICE DEVANTAY KIMBROUGH,

*Defendant-Appellant.*

_____

Appeal from the United States District Court

for the Middle District of Florida

D.C. Docket No. 6:19-cr-00082-RBD-LHP-1

_____

Before NEWSOM, BRASHER, AND ANDERSON, Circuit Judges.

PER CURIAM:

Matthew D. Cavender, appointed counsel for Maurice Devantay Kimbrough in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a

2                    Opinion of the Court                    25-12681

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kimbrough's revocation sentence is **AFFIRMED**.